■    In the Matter of DANIEL H. GREENBERG, an Attorney. Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York, effective December 24, 1973. Concur—Nunez, J. P., Kupferman, Steuer, Tilzer and Capozzoli, JJ.

(December 27, 1973)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY MCCRAY, Appellant.— Judgment, Supreme Court, Bronx County, rendered on October 13, 1972, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur—Stevens, P. J., McGivern, Kupferman, Murphy and Lane, JJ.